UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:15-cv-24122-SIMONTON
[CONSENT CASE]

| | |
|---|---|
| PEDRO C. SERRITIELLO, | ) |
| Plaintiff(s), | ) ) ) |
| v. | ) ) |
| STARWOOD HOTELS & RESORTS WORLDWIDE, INC. d/b/a The St Regis Bal Harbour Resort and WORLDWIDE TRANSPORTATION SERVICES, INC., *et al.*, | ) ) ) ) ) ) ) |
| Defendant(s). | ) ) |

## NOTICE OF FILING

Plaintiff, PEDRO C. SERRITIELLO ("Plaintiff"), hereby files the parties' proposed Order granting their Joint Motion for Approval of Settlement Agreement (D.E. # 51).

Respectfully submitted,

**s/ R. Martin Saenz**
R. Martin Saenz
(FBN: 0640166)
E-mail: msaenz@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 NE 30th Avenue, Ste. 800
Aventura, Florida 33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ **R. Martin Saenz**

## SERVICE LIST

**PEDRO C. SERRITIELLO v. STARWOOD HOTELS & RESORTS WORLDWIDE, INC. d/b/a The St Regis Bal Harbour Resort and WORLDWIDE TRANSPORTATION SERVICES, INC.**
Case No. 1:15-cv-24122-KMW
**United States District Court, SOUTHERN District of Florida**

R. Martin Saenz
E-Mail: msaenz@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 N.E. 30th Avenue, Suite 800
Aventura, Florida  33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549
*Counsel for Plaintiff(s)*

Alex S. Drummond
E-Mail: adrummond@seyfarth.com
Kevin M. Young
kyoung@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street N.E.
Suite 2500
Atlanta, Georgia 30309
Telephone: (404) 885-1500
*Counsel for Starwood Hotels & Resorts Worldwide, Inc.*